UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSE J. MILLER,

                Plaintiff,

  -v-                                          9:14-CV-1351
                                               (DNH/CFH)

DR. SUBBARAO RAMINENI, RN WAYNE
VISALLR, OFFICER WIGGINS, OFFICER
BARKER, JOHN DOE #1-13,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

JESSE J. MILLER
*Plaintiff, pro se*
12-B-0543
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

HON. ERIC T. SCHNEIDERMAN          NICOLE E. HAIMSON, ESQ.
New York State Attorney General - Albany   Ass't Attorney General
*Attorneys for Defendant*
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Jesse J. Miller brought this civil rights action pursuant to 42 U.S.C. § 1983. On February 29, 2016, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendant's motion to dismiss the complaint

for failure to state a claim be granted, and the complaint be dismissed in its entirety.  See ECF No. 27.  Neither party timely filed objections.

Based upon a de novo review of the Report-Recommendation, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

1.  Defendant's motion to dismiss is **GRANTED**, and the complaint is **DISMISSED IN ITS ENTIRETY**; and

2.  The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 29, 2016
        Utica, New York